

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2019

No. 04-19-00542-CV

Vinod S. **IDNANI,**
Appellant

v.

Mansha V. **IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

      The reporter's record was originally due to be filed in this appeal on September 6, 2019. On September 19, 2019, the court reporter responsible for preparing the reporter's record filed a notification of late record requesting an extension of time to file the record and also stating a deposit "has not been secured." It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The court reporter's request for an extension of time is GRANTED. The reporter's record must be filed no later than October 31, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court